**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| SHELTER FOREST INTERNATIONAL ACQUISITION, INC.<br><br>              Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>              Defendant. | Before: Mark A. Barnett, Chief Judge<br>Court No. 23-00144, et al |

**ORDER**

On September 29, 2023, the Court issued letters in the 22 cases listed in the attached Schedule of Cases instructing Counsel to submit Joint Status Reports addressing how Parties proposed to organize or prioritize claims in order to resolve these cases in the most expeditious way possible. On October 19, 2023, in accordance with those letters, Parties submitted common Joint Status Reports in each of the 22 cases, proposing to consolidate all cases under the lead case of *American Pacific Plywood, Inc. v. United States*, Ct. No. 23-00166, and outlining a briefing proposal that would divide the briefing into two tranches for efficiency. The Parties did not indicate any reason for the identified case to be the lead case rather than the first filed case, *Shelter Forest International Acquisition, Inc. v. United States*, Ct. No. 23-00144.

U.S. Court of International Trade Rule 42(a)(2) provides for consolidation when cases "involve a common question of law or fact." The court has broad discretion to decide whether consolidation is merited. *See, e.g., Manuli, USA, Inc. v. United States*, 11 CIT 272, 277, 659 F. Supp. 244, 247 (1987)) (citing 9 C. Wright & A. Miller, *Federal*

Court No. 23-00144, et al                                                                                      Page 2

*Practice & Procedure* § 2383 (1971)).  Judicial economy is a key factor to consider when deciding whether consolidation is appropriate.  *See Federal-Mogul Corp. v. United States*, 16 CIT 964, 966, 809 F. Supp. 102, 105 (1992).

     Judicial economy will best be served by consolidating all appeals to the final scope and circumvention determination concerning the antidumping and countervailing duty orders on hardwood plywood from the People's Republic of China.  *See Certain Hardwood Plywood Products From the People's Republic of China*: Final Scope Determination and Affirmative Final Determination of Circumvention of the Antidumping and Countervailing Duty Orders, 88 Fed. Reg. 46,740 (Dep't Commerce, July 20, 2023).  Each of these cases arise from the same agency determination and involve the same administrative record.  Further, in light of the briefing schedule proposal outlined by the Parties, there is no benefit to not consolidating all of these actions.

     Therefore, upon consideration of the Parties' Joint Status Reports filed in each of the 22 cases listed, the request for consolidation of those cases contained therein, and pursuant to U.S. Court of International Trade Rule 42(a), it is hereby

     **ORDERED** that the cases listed on the attached schedule shall now be consolidated under lead court number 23-00144.

     **SO ORDERED.**

                                                             /s/      Mark A. Barnett
                                                               Mark A. Barnett, Chief Judge

Dated: <u>October 20, 2023</u>
       New York, New York

## SCHEDULE OF CASES

| | |
|---|---|
| Shelter Forest International Acquisition, Inc.<br>v.<br>United States | 23-144 |
| Greatriver Wood Co., Ltd.<br>v.<br>United States | 23-155 |
| USPLY LLC<br>v.<br>United States | 23-156 |
| Boise Cascade Building Materials Distribution LLC<br>v.<br>United States | 23-159 |
| Cabinetworks Group Inc.<br>v.<br>United States | 23-162 |
| Concannon Lumber Co.<br>v.<br>United States | 23-163 |
| Hardwoods Specialty Products USLP<br>v.<br>United States | 23-164 |
| American Pacific Plywood, Inc.<br>v.<br>United States | 23-166 |
| American Woodmark Corp.<br>v.<br>United States | 23-167 |
| Del Valle Kahmann & Co.<br>v.<br>United States | 23-168 |
| Ike Trading Co. Ltd.<br>v.<br>United States | 23-169 |
| Pittsburgh Forest Products<br>v.<br>United States | 23-170 |
| Panoply Wood Products USA Inc.<br>v.<br>United States | 23-171 |

Court No. 23-00144, et al                                                                                     Page 2

| | |
|---|---|
| Eagle Industries Co. Ltd.<br>v.<br>United States | 23-172 |
| Golden Bridge Industries Pte., Ltd.<br>v.<br>United States | 23-173 |
| Lechenwood Viet Nam Co. Ltd.<br>v.<br>United States | 23-174 |
| Arrow Forest International Co., Ltd.<br>v.<br>United States | 23-175 |
| Her Hui Wood (Vietnam) Co., Ltd.<br>v.<br>United States | 23-176 |
| Vietnam ZhongJia Co. Ltd.<br>v.<br>United States | 23-177 |
| Long LUU Plywood Production Co., Ltd.<br>v.<br>United States | 23-178 |
| TEKCOM Corp.<br>v.<br>United States | 23-179 |
| Tumac Lumber Co., Inc.<br>v.<br>United States | 23-180 |