## UNITED STATES COURT OF INTERNATIONAL TRADE

SHELTER FOREST INTERNATIONAL
ACQUISITION INC.,

        Plaintiff,

    v.

UNITED STATES,

        Defendant,

Before: Mark A. Barnett, Chief Judge
Consol. Court No. 23-00144

## <u>ORDER</u>

Upon consideration of the Parties' Joint Status Report and pursuant to U.S. Court of International Trade Rules 16 and 56.2, it is hereby

**ORDERED** that the Parties shall file, no later than November 13, 2023, an agreed upon proposed briefing schedule using dates certain substantially in accordance with the processes for staggered briefing in tranches as outlined by the Parties in the Joint Status Report (ECF No. 24).[1]  All Parties must carefully consider their competing commitments and propose realistic dates that they will be able to meet.  Due to the number of Parties involved and the anticipated complexity of the briefing schedule, the court does not expect to grant motions for extension of time except to prevent manifest injustice.  It is further

**ORDERED** that the Parties must include in the proposed briefing schedule proposed word limits for the court's consideration.

/s/  Mark A. Barnett
Mark A. Barnett
Chief Judge

Dated: <u>October 20, 2023</u>
     New York, New York

---

[1] The court notes that the administrative record has already been filed in this consolidated case (ECF No. 21).