**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| SHELTER FOREST INTERNATIONAL ACQUISTION, INC., <br><br> Plaintiff, <br><br> and <br><br> GREATRIVER WOOD CO., LTD., ET AL., <br><br> Consolidated Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD, <br><br> Defendant-Intervenor. | Before: Mark A. Barnett, Chief Judge <br> Consol. Court No. 23-00144 |

**SCHEDULING ORDER**

Upon consideration of the parties' joint proposed briefing schedule, ECF No. 27 and revised joint proposed briefing schedule, ECF No. 29, and pursuant to U.S. Court of International Trade ("USCIT") Rules 16 and 56.2, it is hereby

**ORDERED** that the briefing of this action shall proceed in accordance with the schedule set forth below and that for the purposes of this schedule, consistent with the initial joint proposed briefing schedule (ECF No. 27), Tranche 1 shall be understood to refer to claims falling into categories covering Commerce's procedures in the conduct of the scope and circumvention inquiries at issue, generally referred to as (1) rejection of

factual information, (2) circumvention finding deficiency, (3) unlawful scope expansion

and (4) other legal claims.  Tranche 2 shall be understood to refer to claims falling into

categories covering legal and factual challenges to Commerce's application of total

adverse facts available to certain foreign exporters, generally referred to as (1) AFA

process and (2) substantial evidence for specific companies.  Any questions with

respect to the appropriate categorization of a Plaintiff or Consolidated Plaintiff's claim is

to be resolved consistent with Attachment I to the initial joint proposed briefing schedule

(ECF No. 27).

## Tranche I

| FILING | DEADLINE | WORD LIMIT |
|---|---|---|
| 1.  USCIT Rule 56.2 motion for judgment on the agency record and accompanying brief filed by Consolidated Plaintiffs represented by deKieffer & Horgan, PLLC | February 1, 2024 | 14,000 |
| 2.  USCIT Rule 56.2 motions for judgment on the agency record and accompanying briefs filed by Plaintiff and remaining Consolidated Plaintiffs grouped by representative law firm | March 4, 2024 | 12,000 |
| 3.  Defendant's response brief | July 2, 2024 | 28,000 |
| 4.  Defendant-Intervenor's response brief | August 16, 2024 | 12,000 |
| 5.  Reply brief filed by Consolidated Plaintiffs represented by deKieffer & Horgan, PLLC | September 30, 2024 | 7,000 |
| 6.  Reply briefs filed by Plaintiff and remaining Consolidated Plaintiffs grouped by representative law firm | October 15, 2024 | 5,000 |
| 7.  Joint appendix | November 4, 2024 | Not Applicable |
| 8.  Motion for oral argument | November 14, 2024 | Not Applicable |

### Tranche II

| | | |
|---|---|---|
| 1. USCIT Rule 56.2 motions for judgment on the agency record and accompanying briefs filed by Consolidated Plaintiffs represented by deKieffer & Horgan, PLLC, and Sandler Travis & Rosenberg, P.A. | April 1, 2024 | 36,000 - deKieffer & Horgan, PLLC 14,000 - Sandler Travis & Rosenberg, P.A. |
| 2. USCIT Rule 56.2 motions for judgment on the agency record and accompanying briefs filed by Plaintiff and remaining Consolidated Plaintiffs grouped by representative law firm | May 1, 2024 | 10,000 |
| 3. Defendant's response brief | September 13, 2024 | 48,000 |
| 4. Defendant-Intervenor's response brief | October 28, 2024 | 20,000 |
| 5. Reply briefs filed by Consolidated Plaintiffs represented by deKieffer & Horgan, PLLC, and Sandler Travis & Rosenberg, P.A. | December 12, 2024 | 18,000 - deKieffer & Horgan, PLLC 7,000 - Sandler Travis & Rosenberg, P.A. |
| 6. Reply briefs filed by Plaintiff and remaining Consolidated Plaintiffs grouped by representative law firm | January 10, 2025 | 5,000 |
| 7. Joint appendix | January 30, 2025 | Not Applicable |
| 8. Motion for oral argument | February 10, 2025 | Not Applicable |

Further, briefs filed by Plaintiff and Consolidated Plaintiffs should not repeat arguments made in the first round of opening and reply briefs for each tranche and should limit factual and procedural background statements to any additional information relevant to the parties represented in those briefs. For each tranche, the brief filed by Defendant-Intervenor should not repeat arguments made in the earlier filed brief by Defendant. In all cases, Parties must be concise and precise in making their arguments consistent with Court of International Trade Rule 1.

Parties should note the court has altered the word limits contained in the Revised Joint Proposed Briefing Schedule. It should also be noted that Parties are to abide by this Scheduling Order and that amendments to this Scheduling Order will only be

granted by the court upon a showing of extraordinary circumstances or to prevent

manifest injustice.

      The provisions regarding the calculation and certification of the word count

contained in the Standard Chambers Procedures shall govern except as otherwise

indicated in this Order.

 

                                          /s/ Mark A. Barnett
                                          Mark A. Barnett
                                          Chief Judge

Dated: November 29, 2023
           New York, New York