## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| SHELTER FOREST INTERNATIONAL ACQUISITION, INC., <br><br> Plaintiff, <br><br> and <br><br> GREATRIVER WOOD CO., LTD., ET AL., <br><br> Consolidated Plaintiffs, <br> v. <br><br> UNITED STATES, <br> Defendant, <br> and <br><br> COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD <br><br> Defendant-Intervenor. | Consol. Court No. 23-00144 |

### CONSOLIDATED PLAINTIFFS' BRIEF IN SUPPORT OF RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD

Consolidated Plaintiff, Tumac Lumber Co., Inc. ("Tumac"), files this brief in support of Consolidated Plaintiffs' Motion for Judgment on the Agency Record filed by American Woodmark Corporation, Del Valle Kahman & Company, Ike Trading Company Limited, Pittsburgh Forest Products, Panoply Wood Products USA Inc., American Pacific Plywood, Inc., Eagle Industries Company Limited, Golden Bridge Industries Pte. Ltd., Lechenwood Viet Nam Company Limited, Arrow Forest International Co., Ltd., Her Hui Wood (Vietnam) Co., Vietnam Zhongjia Wood Company Limited, Long LUU Plywood Production Co., Ltd., and TEKCOM Corporation (together: "DH Consolidated Plaintiffs").

Pursuant to the Court's Order setting the briefing schedule, dated November 29, 2023 (Docket Item # 30), for consolidated plaintiffs not wishing to submit full briefs, this brief is timely filed.

For this brief, Tumac incorporates herein by reference and in full the arguments and the requests for relief as presented in the Motion for Judgment on the Agency Record and the accompanying briefs filed by all other plaintiffs, plaintiff-intervenors, and consolidated plaintiffs in this consolidated proceeding.

Respectfully submitted,

/s/ Gregory S. M<sup>c</sup>Cue

Gregory S. McCue
STEPTOE LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 429-6421
*Counsel to Tumac Lumber Co., Inc.*

May 1, 2024

## **CERTIFICATE OF COMPLIANCE**

      This brief has been prepared utilizing Microsoft Word and a proportionally spaced typeface (12-point Times New Roman). In accordance with this Court's Chambers Procedures and Scheduling Order, the undersigned certifies that this brief complies with applicable word limitations. Specifically, excluding exempted portions per the Chambers Procedures, and based on the word count feature in Microsoft Word, this brief contains 251 words.

                                                     /s/ Gregory S. McCue
                                             Gregory S. McCue
                                             STEPTOE LLP
                                             1330 Connecticut Avenue, N.W.
                                             Washington, DC 20036
                                             Telephone: (202) 429-6421
                                             *Counsel to Tumac Lumber Co., Inc.*