UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| SHELTER FOREST INTERNATIONAL ACQUISITION, INC., | : |
| Plaintiff, | : |
| *and* | : |
| GREATRIVER WOOD CO., LTD., ET AL., | : |
| Consolidated Plaintiffs, | : |
| *v.* | : Consol. Court No. 23-144 |
| UNITED STATES, | : |
| Defendant, | : |
| *and* | : |
| COALITION FOR FAIR TRADE IN HARWOOD PLYWOOD, | : |
| Defendant. | : |

**THIRD AMENDED SCHEDULING ORDER**

Upon consideration of the motion of consolidated plaintiffs USPLY LLC, Boise Cascade Building Materials Distribution LLC, Cabinetworks Group Inc., ACPI Wood Products, LLC, Cabinetworks Group Middlefield, LLC, and Cabinetworks Group Michigan, LLC (the consolidated plaintiffs represented by Sandler, Travis, and Rosenberg, P.A.) to amend the Court's scheduling order dated August 20, 2024, in the above-captioned action, and upon consideration of other papers and proceedings had herein, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the Court's Second Amended Scheduling Order dated August 20, 2024, ECF No. 65, for Tranche II is amended as follows but otherwise remains in effect:

1. Reply briefs filed by consolidated plaintiffs represented by deKieffer & Horgan, PLLC and Sandler, Travis and Rosenberg, P.A. shall be filed on or before January 2, 2025.

2. Reply briefs filed by Plaintiff and remaining consolidated plaintiffs grouped by representative law firm shall be filed by January 31, 2025.

3. The Supplemental Joint Appendix for the reply briefs shall be filed on or before February 20, 2025.

Pursuant to the court's order of November 14, 2024 (ECF No. 89), the court will contact the parties to schedule oral argument regarding Tranche I and Tranche II at an appropriate time.

/s/ Mark A. Barnett
Chief Judge Mark A. Barnett

Dated: December 19, 2024
New York, New York