

**CHAMBERS OF
MARK A. BARNETT
CHIEF JUDGE**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278-0001

January 28, 2026

Via CM/ECF

Re: *Shelter Forest Int'l Acquisition, Inc. v. United States*
Consol. Court No. 23-00144

Dear Counsel:

The court has issued a sealed, confidential opinion in the above-captioned case. Pursuant to Administrative Order 25-01, the Clerk's Office will serve the confidential opinion in paper form by express delivery service to all Lead Attorneys in the Sealed Group.

It is my intention to issue the opinion as a redacted public document. The opinion contains confidential information in footnotes and the body text (enclosed within double square brackets), which will be redacted prior to the issuance of the public opinion. I ask that you please review the opinion and inform the court by February 11, 2026, via ECF, whether any information in this opinion not designated as confidential should be redacted in the public version. Please also state the basis for your belief. Additionally, please review the information the court has designated as confidential and inform the court if such information can be released in the public opinion.

Very truly yours,

/s/     Mark A. Barnett
Mark A. Barnett, Chief Judge

CC: Attorneys in Sealed Group