**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| SHELTER FOREST INTERNATIONAL ACQUISITION, INC.,<br><br>Plaintiff,<br><br>GREATRIVER WOOD CO., LTD., ET AL.,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant, and<br><br>COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD<br><br>Defendant-Intervenor. | Court No. 23-00144 |

**MOTION TO SEVER AND STIPULATION OF DISMISSAL**

Consolidated plaintiffs Boise Cascade Building Materials Distribution LLC; Cabinetworks Group, Inc. f/k/a ACProducts, Inc.; ACPI Wood Products, LLC; Cabinetworks Group Middlefield, LLC; and Cabinetworks Group Michigan, LLC, respectfully move to sever their underlying consolidated actions, Court Nos. 23-00159 and 23-00162, from Consol. Court No. 23-00144, so that their underlying consolidated actions may be dismissed pursuant to the attached stipulation of dismissal signed by all parties who have appeared in this action. *See* ECF No. 172, Consol. Court No. 23-00144. This motion and the attached stipulation are not meant to impact the claims of any other party in this action.

Boise Cascade Building Materials Distribution LLC; Cabinetworks Group, Inc. f/k/a ACProducts, Inc.; ACPI Wood Products, LLC; Cabinetworks Group Middlefield, LLC; and Cabinetworks Group Michigan, LLC, respectfully request that the Court grant the motion to sever and enter the attached stipulation of dismissal in Court Nos. 23-00159 and 23-00162.

Dated: October 13, 2026

Respectfully submitted,

/s/ Luke Mathers
Luke Mathers
**SANDLER TRAVIS & ROSENBERG, P.A.**
286 Madison Avenue, Suite 1200
New York, NY 10017
Tel: (212) 549-0160
Email: lmathers@strtrade.com
*Counsel for Consolidated Plaintiffs Boise Cascade Building Materials Distribution LLC, and Cabinetworks Group, Inc. f/k/a ACProducts, Inc., ACPI Wood Products, LLC, Cabinetworks Group Middlefield, LLC, and Cabinetworks Group Michigan, LLC*