**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| SHELTER FOREST INTERNATIONAL ACQUISITION, INC., Plaintiff, | |
| GREATRIVER WOOD CO., LTD., ET AL., Consolidated Plaintiffs, | Court No. 23-00144 |
| v. | |
| UNITED STATES, Defendant, and | |
| COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD Defendant-Intervenor. | |

**ORDER**

Upon consideration of the motion of Boise Cascade Building Materials Distribution LLC; Cabinetworks Group, Inc. f/k/a ACProducts, Inc.; ACPI Wood Products, LLC; Cabinetworks Group Middlefield, LLC; and Cabinetworks Group Michigan, LLC, to sever and dismiss their underlying consolidated actions, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that Court Nos. 23-00159 and 23-00162 are severed from Consol. Court No. 23-00144, and Court Nos. 23-00159 and 23-00162 will be dismissed accordingly.

Dated: ____________________
New York, New York

________________________________
Mark A. Barnett, Chief Judge